An issue of fact was presented as to the authority of the defendant's husband to proceed to make the repairs. The trial court erred in dismissing the complaint upon the ground there was no proof of agency. (Appeal from judgment of Monroe County Court, dismissing plaintiff's complaint on motion by defendant at the close of plaintiff's case, in a negligence action.) Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

In the Matter of the Estate of ROBERT McLUSKY, Deceased. GERTRUDE R. CORK, Appellant; FIRST TRUST & DEPOSIT COMPANY, as Executor of ROBERT McLUSKY, Deceased, Respondent.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

HELEN GRIFFIN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 34568.) —

Present — Williams, P. J., Bastow, McClusky and Henry, JJ. [24 Misc 2d 815.]

WILLIAM V. DIXON, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 34569.) — Same decision and like cause of action as in companion case of *Griffin* v. *State of New York* (14 A D 2d 825). [24 Misc 2d 815.]

STANLEY A. GROMAN, Appellant, v. LEO O. BARDEN, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

DOREEN GROMAN, Appellant, v. LEO O. BARDEN, Respondent.— Same decision and like cause of action as in companion case of *Groman* v. *Barden* (14 A D 2d 825).

GENERAL EXPRESSWAYS, INC., Appellant, v. DENVER-CHICAGO TRUCKING COMPANY, INC., Respondent, et al., Defendant.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

GENERAL EXPRESSWAYS, INC., Appellant, v. DENVER-CHICAGO TRUCKING COMPANY, INC., Defendant, and AUGUSTA CALLAHAN, as Administratrix of the Estate of EDWARD CALLAHAN, Deceased, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

ROY SCHERI, Appellant, v. AL ROKZEN, Respondent.—